**Order entered September 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00542-CV

### CAROLYN WAID, Appellant

### V.

### TARGET CORPORATION, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00729-E**

### ORDER

The clerk's record in this case is overdue. By postcard dated June 23, 2020, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the Dallas County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **TWENTY DAYS** of the date of this order, either the clerk's record or written verification that appellant is not entitled to proceed without payment of costs and

has not paid for or made arrangements to pay for the record.  *We notify appellant that if we receive verification she is not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal.  See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order to:

John F. Warren
Dallas County Clerk

All parties


/s/     BILL WHITEHILL
        JUSTICE